# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
### Southern District of New York

Mag. Dkt. No. **22-MJ-02231**                              Date **9-15-2022**

USAO No. **2022R00312**

The Government respectfully requests the Court to dismiss without prejudice the

Complaint      ✓ Removal Proceedings in

*United States v.* **Zefarino Marquez-Barragan**

The Complaint/Rule 40 Affidavit was filed on **March 9, 2022**

> *U.S. Marshals please withdraw warrant*

**TIMOTHY PERTZ** Digitally signed by TIMOTHY PERTZ
Date: 2022.09.15 11:08:15 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: 9/21/22

UNITED STATES MAGISTRATE JUDGE